FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0616

_____

BENJAMIN M. DARROW,

      Petitioner and Appellant,

    v.

THE EXECUTIVE BOARD OF THE MISSOULA
COUNTY DEMOCRATIC CENTRAL
COMMITTEE, and DAVID KENDALL,
individually, and in his position as Chair of
the MISSOULA COUNTY DEMOCRATIC
CENTRAL COMMITTEE,

      Defendants and Appellees.

O R D E R

_____

Appellant Benjamin M. Darrow was granted an extension of time to file and serve his opening brief on or before April 8, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than June 2, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Benjamin M. Darrow and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021